| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| **SethLaw PLLC**<br>**Pennzoil Place, 700 Milam Street, Suite 1300, Houston, TX, 77002** | |

TELEPHONE NO.: **832-606-5116**       FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*  **ENOVSYS LLC**

**United States District Court, Northern District of California, San Jose Division**
STREET ADDRESS: **280 S. 1st St. San Jose, 95113**
MAILING ADDRESS: **280 S. 1st St. San Jose, 95113**
CITY AND ZIP CODE:  San Jose 95113
BRANCH NAME:   Robert F. Peckham Federal Building

| PLAINTIFF/PETITIONER: **ENOVSYS LLC** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **LYFT, INC.** | **5:23-CV-05157-VKD** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-13930069** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**SUMMONS IN A CIVIL ACTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF APPEARANCE OF STANLEY THOMPSON FOR PLAINTIFF ENOVSYS LLC; NOTICE OF APPEARANCE OF SANDEEP SETH FOR PLAINTIFF ENOVSYS LLC; PLAINTIFF ENOVSYS'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ELECTRONIC FILING; SUMMONS IN A CIVIL ACTION [PROPOSED]; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT - DEMAND FOR JURY TRIAL; EXHIBITS; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - HANDBOOK; STANDING ORDER FOR CIVIL CASES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI; STANDING ORDER FOR SETTLEMENT CONFERENCES MAGISTRATE JUDGE VIRGINIA K. DEMARCHI; STANDING ORDER RE PRETRIAL PREPARATION MAGISTRATE JUDGE VIRGINIA K. DEMARCHI; FORM:  DEPOSITION DESIGNATIONS [BLANK]; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

3. a. Party served *(specify name of party as shown on documents served):*
**LYFT, INC.**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **CT CORPORATION SYSTEM, REGISTERED AGENT**

4. Address where the party was served:
**330 N Brand Blvd, Suite 700, Glendale, CA 91203**

5. I served the party *(check proper box)*

   a. [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/18/2023** at *(time):* **9:23 AM**

   b. [ ]  **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: **0116333800**

REF: **REF-13930069**

| PLAINTIFF/PETITIONER: ENOVSYS LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LYFT, INC. | 5:23-CV-05157-VKD |

(3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*        from *(city):*        **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*        (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify):* **LYFT, INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT**

under the following Code of Civil Procedure section:

☒ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                             ☐ other:

7. **Person who served papers**

a. Name:        **Joecelyn Ramos**
b. Address:        **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
c. Telephone number:        **213-621-9999**
d. The fee for service was: **$ 75.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:

**BY FAX**

POS-010 [Rev. January 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**        Tracking #: **0116333800**

 REF: **REF-13930069**



(i) ☐ owner   ☒ employee   ☐ independent contractor.   For:   **ABC Legal Services, LLC**

(ii) ☒ Registration No.:   **2019112771**   Registration #:   **6779**

(iii) ☒ County:   **County of Los Angeles**   County:   **Los Angeles**

8. ☒   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐   **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  10/18/2023

_____   _____
**Joecelyn Ramos**   (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)



REF: **REF-13930069**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0116333800**