AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Enovsys LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-05157-VKD |
| Lyft, Inc., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lyft, Inc.

Date: 10/24/2023

/s/ Jeremy J. Taylor
*Attorney's signature*

Jeremy J. Taylor [SBN 249075]
*Printed name and bar number*

Baker Botts LLP
101 California Street, Suite 3600
San Francisco, CA 94111
*Address*

jeremy.taylor@bakerbotts.com
*E-mail address*

(415) 291-6202
*Telephone number*

(415) 291-6302
*FAX number*