1  Jeremy J. Taylor (SBN 249075)
2  jeremy.taylor@bakerbotts.com
   101 California Street, Suite 3600
3  San Francisco, CA 94111
   Telephone: (415) 291-6200
4  Fax: (415) 291-6300

5  *Attorneys for Defendant
   Lyft, Inc.*

6
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN JOSE DIVISION**
11

| | |
|---|---|
| 12  ENOVSYS LLC, | Case No.: 5:23-cv-05157-BLF |
| 13             Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| 14       v. | |
| 15  LYFT, INC., | |
| 16             Defendant. | Judge:   Hon. Beth Labson Freeman<br>Courtroom: 3 – 5th Floor |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-1(a), Plaintiff Enovsys LLC ("Plaintiff") and Defendant Lyft, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") stipulate as follows:

On October 10, 2023, Plaintiff filed a Complaint for Patent Infringement and Demand for Jury Trial [Dkt. No. 1];

Defendant was served with the summons and complaint on October 18, 2023;

Neither party has previously sought an extension of time in this case and this stipulated change will not impact any other dates scheduled by this Court;

The current deadline for Defendant to respond to Plaintiff's Complaint is November 8, 2023;

Plaintiff has agreed to an extension of time for Defendant to respond to Plaintiff's complaint, up to and through November 28, 2023;

Consistent with Civil Local Rule 6-1(a), this stipulation does not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, it is hereby agreed and stipulated:

1. The time for Defendant to respond to Plaintiff's complaint is extended to November 28, 2023.

IT IS SO STIPULATED.

DATED: November 3, 2023           BAKER BOTTS L.L.P.

By: */s/ Jeremy J. Taylor*
Jeremy J. Taylor (SBN 249075)
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
jeremy.taylor@bakerbotts.com

*Attorneys for Defendant*
*LYFT, INC.*

DATED: November 3, 2023           SANDERS LAW GROUP

By: */s/ Sandeep Seth*
Sandeep Seth (CA State Bar No. 195914)
Email: ss@sethlaw.com
SETHLAW PLLC

Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Tel: (713) 244-5017 |
Fax: (713) 244-5018

THOMPSON TECHNOLOGY LAW
Stanley H. Thompson, Jr. (CA State Bar No. 198825)
E-mail: stan@thompsontechlaw.com
655 N. Central Ave., 17th Floor
Glendale, CA 91203
Tel: (323) 409-9066

*Attorneys for Plaintiff*
*Enovsys LLC*

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: November 3, 2023                                  Respectfully submitted,

                                                */s/ Jeremy J. Taylor*
                                                Jeremy J. Taylor

                                                BAKER BOTTS LLP

                                                *Counsel for Defendant*
                                                *Lyft, Inc.*