UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>LYFT, INC.,<br><br>            Defendant. | Case No.  23-cv-05157-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c) and Patent Local Rule 2-1(a)(1), the above-entitled case is REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Enovsys LLC v. Uber Technologies, Inc.*, 5:23-cv-04549-EJD.

**IT IS SO ORDERED.**

Dated: December 4, 2023

RITA F. LIN
United States District Judge